Case 1:16-cv-23333-RNS Document 4 Entered on FLSD Docket 08/09/2016 Page 1 of 2
Case 3:16-cv-00476-LC-GRJ Document 12 Filed 09/22/16 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23333-Civ-SCOLA
MAGISTRATE JUDGE P.A. WHITE

MARLON MANUEL,

     Petitioner,

v.                                                    REPORT RECOMMENDING TRANSFER
                                                              OF VENUE
STATE OF FLORIDA,                                       28 U.S.C. §2254

     Respondent.

_____/

     This Cause is before the Court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The petitioner, currently confined in Blackwater River Correctional Facility, located in Milton, Florida, is challenging the constitutionality of his conviction for operating a vehicle while his driver's license was revoked as a habitual traffic offender, entered following a jury verdict in the First Judicial Circuit, case no. 2011-CF-004774, in Escambia County.

     The petitioner's institution of confinement is located in Santa Rosa County and the trial court where petitioner was convicted is located in Escambia County. For jurisdictional purposes, both Santa Rosa County and Escambia County are situated in the Northern District of Florida.

     This matter has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. §636(b)(1)(B) and Rules 8 and 10 of the Rules Governing Section 2254 Cases in the United States District Courts.

     Upon review of the habeas pleading filed in this §2254 case,

and from court records of which this Court can take judicial notice, it appears that this court lacks jurisdiction over this proceeding, and transfer to the Northern District of Florida is warranted. Therefore, the respondent has not been served with a copy of the petition and has not been ordered to respond.

The law is well settled that a federal habeas corpus petition such as this must be filed in the District in which the State Court which convicted the petitioner is located or in the District where he is confined. See 28 U.S.C. §2241(d).

The Northern District, where the petitioner was convicted and where the state court records pertaining to his convictions are located, is the appropriate venue for this petition. Further, at the time of filing this habeas petition, the petitioner was also located in the Northern District of Florida.

This court lacks jurisdiction over the petitioner and the underlying state court case. Under the totality of the circumstances present here, it is recommended that this case be transferred to the Northern District of Florida.

Signed this 9th day of August, 2016.

UNITED STATES MAGISTRATE JUDGE

cc:  Marlon Manuel
     536849
     Blackwater River Correctional Facility
     Inmate Mail/Parcels
     5914 Jeff Ates Road
     Milton, FL 32583
     PRO SE

     Noticing 2254 SAG Miami-Dade/Monroe
     Email: CrimAppMIA@MyFloridaLegal.com