United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Marlon Manuel, Petitioner ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 16-23333-Civ-Scola |
| State of Florida, Respondent. ) | |
| ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a Report and Recommendation on any dispositive matters. On august 9, 2016, Judge White issued a Report, recommending that this case be transferred to the Northern District of Florida. (Report Rec'g Transfer of Venue, ECF No. 4.) The Petitioner has not filed any objections to the Report and the time to do so has passed.

Even though no objections were filed, the Court has nonetheless considered—*de novo*—Judge White's Report, the record, and the relevant legal authorities. The Court finds Judge White's Report and Recommendation cogent and compelling. Manuel is confined in Santa Rosa County and he was convicted in a state court in Escambia County. Both of these counties are situated in the Northern District of Florida and therefore this Court lacks jurisdiction over this case. *See* 28 U.S.C. § 2241(d).

Accordingly, the Court **affirms and adopts** Judge White's Report and Recommendation (ECF No. 4). The Clerk shall take all necessary steps to ensure the prompt **transfer** of this action to the United States District Court for the Northern District of Florida.

**Done and ordered** in chambers, at Miami, Florida, on September 20, 2016.

Robert N. Scola, Jr.
United States District Judge